# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-3202

———————————————

HENRY A SHARPE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Jefferson County.
Robert R. Plaines, Judge.


April 23, 2025

PER CURIAM.

AFFIRMED. *See Parks v. State*, 371 So. 3d 392, 393 (Fla. 1st DCA 2023), *rev. granted*, SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

BILBREY, M.K. THOMAS, and LONG., JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Henry A. Sharpe, pro se, Appellant.

Jessica J. Yeary, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.